Lorenzo S. McCarg, as Administrator, etc., of James Walter McCarg, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed. with costs. All concurred.

Anice S. Smith, as Administratrix, etc., of Seymour J. Smith, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order refusing a new trial affirmed, with costs. Order granting an extra allowance reversed, with ten dollars costs and disbursements. All concurred.

Harvey Sweet, Appellant, v. Justus W. Hackett, Respondent.— Judgment of the Niagara County Court affirmed, with costs. All concurred.

Reuel H. Thayer, Respondent, v. Dwight W. Hodge and Another, Appellants.— Judgment and order affirmed, with costs. All concurred, except Green, J., not sitting.

Margaret Wood, as Administratrix, etc., of George Wood, Sr., Deceased, Respondent; v. Charles P. Moody, Appellant.— Judgment and order of the County Court of Wayne county affirmed, with costs. All concurred.